# United States Bankruptcy Court
# Central District Of California

3420 Twelfth Street, Riverside, CA 92501–3819

# ORDER AND NOTICE OF DISMISSAL
# ARISING FROM CHAPTER 13 CONFIRMATION HEARING [11 U.S.C. § 109(g)]

**DEBTOR INFORMATION:**
Mary Austin
aka Mary C. Austin, aka Mary Catherine Austin

**BANKRUPTCY NO.** 6:11–bk–10556–MJ

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–8125
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 2/16/11

**Address:**
2819 Esturion Street
Carlsbad, CA 92009

Pursuant to the court's findings and conclusions made at the confirmation hearing in this case,
IT IS ORDERED THAT:

(1) debtor's bankruptcy case is dismissed;

(2) the court retains jurisdiction on all issues arising under Bankruptcy Code Sections 110, 329 and 362; and

(3) pursuant to Bankruptcy Code Section 109(g), debtor is prohibited from filing any new bankruptcy petition within 180 days of the date of entry of this order.

Dated: February 16, 2011

BY THE COURT,
**Kathleen J. Campbell**
Clerk of Court